IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 05-0150 (HHK) |
| : | |
| LAMESHA OWENS, : | |
| Defendant : | |

\* \* \* \* \* \* \* \* \* \* \* \*

MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

The Defendant, Lamesha Owens, by and through her counsel David Carey Woll and Woll & Woll, P.A., and pursuant to Federal Criminal Rule 12(b) and 14, respectfully alleges the following:

1. Rule 14 of the Federal Criminal Rules provides in relevant part:

    If the joinder of defendants at trial appears to prejudice a defendant, the court may sever the defendants' trials.

2. In the instant case, it is anticipated at trial that the Government will attempt to show that each of the three co-defendant had some possessory interest in the property upon which illicit narcotics were allegedly seized. It is further anticipated that each co-defendant will attempt to imply to the jury that the narcotics were under a co-defendant(s) exclusive dominion and control. Therefore, each co-defendant has mutually inconsistent defenses which may lead one or two defense attorneys to suggest to the jury that they infer guilt from a co-defendant's silence.

3. In <u>DeLuna v. United States</u>, 308 F.2d 140 (5th Cir. 1962), the Court pointed out that it is an attorney's duty to his client to comment on the failure of the co-defendant to testify when the defendant's interest requires such comment. This course of action would violate the 5th Amendment

right of the non-testifying co-defendant not to have adverse inferences drawn from her silence at trial. See also, United States v. De LaCruz-Bellinger, 442 F.2d 903 (11th Cir. 1984).

     WHEREFORE, Defendant Lamesha Owns requests a separate trial of defendants, and for such other and further relief as justice shall require after hearing of this matter.

                                  David C. Woll
                                  WOLL & WOLL, P.A.
                                  Attorney for Defendant
                                  11501 Georgia Avenue, Suite 201
                                  Wheaton, MD 20902
                                  301-933-6962

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion Pursuant to Federal Criminal Rule 12(b) was mailed, first class postage pre-paid this 14th day of September, 2005 to the United States Attorney's Office, 555 4th St. NW, Washington DC 20530.

                                  David C. Woll