IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 05-0150 (HHK) |
| : | |
| **LAMESHA OWENS,** : | |
| **Defendant** : | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Defendant Lamesha Owns Motion to Sever Defendants, and any opposition thereto, it is this _____ day of _____, by the United States District Court for the District of Columbia;

ORDERED, that the Motion be, and is GRANTED, and it is further;

ORDERED that the Defendant's trial in the above captioned case be and is severed from that of her co-defendants.

_____
Judge, United States District Court for the District of Columbia