IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 05-150-3(HHK) |
| : | |
| LAMESHA OWENS, : | |
|    Defendant   : | |

### DEFENDANT LAMESHA OWENS' MOTION FOR LEAVE TO ADOPT CO-DEFENDANT STEVEN BERRY'S MOTION TO SUPPRESS PHYSICAL EVIDENCE

_____Defendant, LAMESHA OWENS, by and thru her attorneys, David Carey Woll and Michael S. Woll, hereby moves for leave to adopt her co-defendant Steven Berry's Motion to Suppress Physical Evidence. In support thereof, the defendant states:

1. Ms. Owens has been indicted in this case with two co-defendants, Steven Berry and Dominique Chappell.

2. Recently, Mr. Berry, through counsel, filed a Motion to Suppress Physical Evidence and Statements. In this motion, Ms. Owens is seeking to join only the suppression of physical evidence portion of Mr. Berry's motion. In so moving she respectfully states that she is similarly situated as Mr. Berry and she would present the same arguments before the Court in support of the suppression motion.

WHEREFORE, for the reasons stated above and in the interest of judicial economy, it is respectfully requested that this motion be granted.

Respectfully submitted,

/s/_____
David Carey Woll
Bar No. 47423

/s/_____
Michael S. Woll
Bar No. 477961
Attorneys for Defendant Lamesha Owens
WOLL & WOLL, P.A.
11501 Georgia Avenue, Suite 201
Wheaton, Maryland 20902
301-933-6962

Case 1:05-cr-00150-HHK   Document 15   Filed 09/23/2005   Page 2 of 2