IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 05-150-3(HHK)** |
| | : | |
| **LAMESHA OWENS,** | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of Defendant Lamesha Owens' Motion for Leave to Adopt Co-Defendant Steven Berry's Motion to Suppress Physical Evidence, it is this _____ day of _____, 2005,

ORDERED that the Defendant's Motion be and is hereby GRANTED.

_____
Henry H. Kennedy
U. S. District Court Judge

1