**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 05-150-3(HHK)** |
| | : | |
| **LAMESHA OWENS,** | : | |
| **Defendant** | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

TO THE CLERK:

      Please enter the appearance of Michael S. Woll as co-counsel for Defendant, LAMESHA

OWENS, in the above captioned case.

                           Respectfully submitted,




                          _____/s/_____

                          Michael S. Woll
                          Bar No. 477961
                          Attorneys for Defendant Lamesha Owens
                          WOLL & WOLL, P.A.
                          11501 Georgia Avenue, Suite 201
                          Wheaton, Maryland 20902
                          301-933-6962