IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-150-3 (HHK) |
| | : | |
| **LAMESHA OWENS,** | : | |
| Defendant | : | |
| | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **PRAECIPE**

TO THE CLERK:

Please file and docket the attached copy of discovery request letter which was mailed on September 23, 2005, first class postage pre-paid, to:

Rachel Lieber, Esquire
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, D.C.

Respectfully submitted,

_____/s/_____
David Carey Woll
Bar Number 47423
Attorney for Defendant, Lamesha Owens
WOLL & WOLL, P.A.
11501 Georgia Avenue, Suite 201
Wheaton, Maryland 20902
301-933-6962

_____