IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | Crim. Case No. 05-150-3 (HHK) |
| VS. | * |
| | * |
| LAMESHA OWNES | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO WITHDRAW ALL PRE-TRIAL MOTIONS

Lamesha Owens, by her counsel David Carey Woll and Michael S. Woll, moves this Honorable Court to allow her to withdraw all of her pre-trial motions, and to additionally Order that neither she nor her counsel need appear for the December 12, 2005 motions hearing.

Respectfully submitted,

David Carey Woll
Attorney for Defendant
11501 Georgia Ave., Ste. 201
Wheaton, MD 20902
301-933-6962