IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | Crim. Case No. 05-150-3 (HHK) |
| * | |
| VS. | |
| * | |
| LAMESHA OWNES * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Defendant's Motion to Withdraw All Of Her Pre-Trial Motions, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia;

ORDERED, that the motion be and is GRANTED, and it is further:

ORDERED that neither the Defendant nor her counsel need appear for the previously scheduled December 12, 2005 motion hearing.

_____
The Honorable Henry H. Kennedy, Jr
United States District Court Judge