UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-150-03 (HHK)** |
| v. | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(A(iii) |
| **LAMESHA OWENS,** | : | (Unlawful Possession with Intent to Distribute |
| Defendant. | : | 50 Grams or More of Cocaine Base); |
| | : | 48 D.C.Code 904.01(d) |
| | : | (Unlawful Possession of Marijuana) |



### INFORMATION

**FILED**

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney charges that:

### COUNT ONE

On or about March 22, 2005, within the District of Columbia, **LAMESHA OWENS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))



SUPERSEDING

## COUNT TWO

On or about March 22, 2005, within the District of Columbia, **LAMESHA OWENS** did unlawfully, knowingly, and intentionally possess a quantity of cannabis, that is, marijuana, a controlled substance.

**(Unlawful Possession of Marijuana**, in violation of Title 48, District of Columbia Code, Section 904.01(d) (2001 ed.))

                        KENNETH L. WAINSTEIN
                        United States Attorney
                        for the District of Columbia
                        Bar No. 451-058

By: _____
     Rachel Carlson Lieber
     D.C. Bar # 456-491
     Assistant United States Attorney
     Organized Crime and Narcotics Trafficking Section
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 353-8055