AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

CASE NUMBER: 05-150-3

I, *Lamesha Owens*, the above named defendant, who is accused of

**FILED**

**DEC 1 6 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *12-16-05* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Lamesha Owens*
Defendant

*David Carey Woll*
Counsel for Defendant

Before *Henry Kennedy*
Judicial Officer