Oct 19 06 Case 1:05-cr-00150-HHK   Document 35   Filed 10/27/2006   Page 1 of 3   p.2
From 4349575-0261p   1-301-933-3578   at 10/19/06 1:59 PM   p.3   002/002
U.S.Probation Office 10/16/2006 2:13:23 PM   PAGE   2/013   Fax Server

HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05CR150-03 |
| | : | |
| vs. | : | SSN: |
| | : | |
| OWENS, Lamesha | : | Disclosure Date: October 10, 2006 |

**FILED**
OCT 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 (✓)   There are no material/factual inaccuracies therein.
 ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    10/27/06
Prosecuting Attorney               Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 (x)   There are no material/factual inaccuracies therein.
 ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Lamesha Owens  10-19-06           David Carey Woll  10/19/06
Defendant         Date                Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by ~~10/24/06~~, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.
              10-20-2006 – am.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Acting Chief
        United States Probation Officer

Oct 19 06  Case 1:05-cr-00150-HHK   Document 35   Filed 10/27/2006   Page 2 of 3   p.2
From 4549575-0261p           1-301-933-3578         at 10/19/06 1:59 PM   p.3  002/002
U.S.Probation Office 10/16/2006 2:13:23 PM   PAGE   2/013   Fax Server

HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05CR150-03 |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| OWENS, Lamesha | : | Disclosure Date: October 10, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                       Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Lamesha Owens_ 10-19-06          _David Carey Woll_ 10/19/06
Defendant            Date                    Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by 10/24/06, to U.S. Probation Officer **Deborah A. Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.
10-20-2006 — am.
Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer

## FACSIMILE TRANSMISSION COVER SHEET

DATE:           October 19, 2006

TO:             Ms. Deborah A. Stevens-Panzer

FIRM:           U. S. Probation Officer
                U. S. District Court for the District of Columbia

FAX NUMBER:     202-273-0242

RE:             Lamesha Owens Pre-Sentence Investigation Report

NO. OF PAGES:   2 (Including this cover sheet)

FROM:           David Carey Woll, Esq.

_____
David Carey Woll

If you have received the telecopy in error, please immediately notify the Sender. The documents accompanying this telecopy transmission contain confidential information belonging to the Sender which is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.