UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No.: 05-150-03 (HHK)
:
LAMESHA OWENS, :
      Defendant :
:
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FILED**
NOV 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER IMPOSING PROBATION WITHOUT ADJUDICATION OF GUILT PURSUANT TO D.C. CODE SECTION 48-904.01(e)(1) (2001 ed.)

The defendant, LAMESHA OWENS, having pled guilty to Possession of a Controlled Substance under Section 48-904.01(d) of the D.C. Code (2001 ed.) is eligible for, and consents to, probation pursuant to D. C. Code, Section 48-904.01(e)(1) (2001 ed.). It is therefore,

ORDERED that the defendant be placed on probation pursuant to Section 48-904.01(e)(1) for a period of twelve (12) months, under the supervision of the United States Probation Office, and it is

FURTHER ORDERED that the defendant shall observe all general conditions of probation as set forth by the U. S. Probation Office.

_11/14/06_
Date

_Henry Kennedy_
So Ordered
Henry H. Kennedy, Jr.
U. S. District Court Judge