| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR-05-150-3 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| Lamesha Owens 1165 River Road South Boston, VA  24592 | DISTRICT OF COLUMBIA | Washington |

| | NAME OF SENTENCING JUDGE Honorable Henry H. Kennedy, Jr. | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10-27-06 | TO 10-26-07 |

| OFFENSE | |
| Unlawful Possession of Marijuana | **FILED** |
| | MAY 1 7 2007 |

### PART 1 - ORDER TRANSFERRING JURISDICTION

~~NANCY MAYER WHITTINGTON, CLERK~~
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF COLUMBIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Virginia upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/5/07  NUNC pro tunc 2/26/07        _Henry Kennedy_
_____        _____
*Date*                                                        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Virginia

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/1/07        _[signature]_
_____        _____
*Effective Date*                                                        *United States District Judge*