United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001

Nancy Mayer-Whittington
Clerk

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 21 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

May 18, 2007

Clerk's Office
United States District Court
  for the Western District of Virginia
304 U.S. Courthouse
255 West Main Street
Charlottsville, VA 22902

**FILED**

JUN 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RE: 05cr150 (HKK); USA vs. LAMESHA OWENS**

Dear Clerk:

     On April 5, 2007, this Court authorized a Probation Transfer in the above-entitled case to your Court. Enclosed is a certified copy of the Transfer of Jurisdiction form together with certified copies of the Judgment and Commitment, Indictment, and the docket entries.

     Please promptly acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Catina J. Porter, Deputy Clerk

Enclosure(s)